**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
AT ASHLAND**

**CRIMINAL CASE NO. 09-MISC-2-DLB**

**UNITED STATES OF AMERICA**                                                                              **PLAINTIFF**

**vs.**                                                **ORDER**

**MARY ENER**                                                                               **DEFENDANT**

* * * * * * * * * * *

This matter is before the Court upon the Report and Recommendation (R&R) of the United States Magistrate Judge wherein she recommends that the Court revoke Defendant's supervised release and impose a sentence of twenty-four (24) months imprisonment, with fourteen (14) months credit for time served in state custody for a total remaining sentence of ten (10) months, with no supervised release to follow. (Doc. # 7). During an initial appearance on a supervised release violation conducted by Magistrate Judge Smith on November 9, 2010, Defendant admitted to violating several conditions of her supervised release.

Defendant having waived her right to allocution (Doc. # 6), there being no objections filed to the Magistrate Judge's R&R, and the time to do so having now expired, the R&R is ripe for the Court's consideration. Having reviewed the R&R, and the Court concluding that the R&R is sound in all respects, including the recommended sentence and the basis for said recommendation, and the Court being otherwise sufficiently advised,

**IT IS ORDERED** as follows:

1. The Report and Recommendation (Doc. # 7) is hereby **ADOPTED** as the findings of fact and conclusions of law of the Court;

2. Defendant is found to have **VIOLATED** the terms of her supervised release;

3. Defendant's supervised release is hereby **REVOKED**;

4. Defendant is sentenced to the **CUSTODY** of the Attorney General for a period of **twenty-four (24) months**, with fourteen (14) months credit for time served in state custody on the sentence imposed by the Boyd Circuit Court in *Commonwealth of Kentucky v. Mary Ener*, Case. No. 09-CR-00320, **for a total remaining sentence of ten (10) months, with no supervised release to follow upon release**;

5. Defendant's sentence, if possible, be served at the Alderson Camp, West Virginia, or alternatively, the Lexington Camp, Kentucky; and

6. A Judgment shall be entered concurrently herewith.

This 30th day of November, 2010.

Signed By:
*David L. Bunning* DB
United States District Judge

G:\DATA\ORDERS\AshCrim\2009\09-misc-2 Order adopting R&R.wpd